UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
RAYMOND L GORDON  
FELICHA V GORDON  
1027 NEWTON ST  
COLUMBUS, OH  43205  

Case No:   03-56989

Judge:    C KATHRYN PRESTON

FELICHA V GORDON  
1027 NEWTON ST  
COLUMBUS, OH  43205  

SSN(S):    XXX-XX-2890  
           XXX-XX-7120  

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   September 23, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| RAYMOND L GORDON & FELICHA V GORDON<br>1027 NEWTON ST<br>COLUMBUS, OH  43205 | 0.12 |